Frank B. Desz and Another, Respondents, v. The Lincoln Savings Bank of Brooklyn, Appellant.— Motion for order of restitution granted on consent. Present — Lazansky, P. J., Carswell, Adel, Taylor and Close, JJ.

Eugene E. Early, Respondent, v. Richard C. Bolton, Defendant, and Harry Miller, Appellant.— Motion for leave to appeal to the Appellate Division denied, without costs. Present — Lazansky, P. J., Carswell, Adel, Taylor and Close, JJ.

In the Matter of the Application of Boardwalk & Seashore Corp., Respondent, against Harris H. Murdock, Chairman, and Others, Constituting the Board of Standards and Appeals of the City of New York, Appellants.— Motion for reargument denied, without costs. Motion for leave to appeal to the Court of Appeals denied. Present — Lazansky, P. J., Carswell, Adel, Taylor and Close, JJ.

In the Matter of the Estate of Henrietta F. Lamerdin, Deceased. Mary A. Lamerdin and John P. Lamerdin, Jr., as Executors, etc., of John P. Lamerdin, Deceased, Appellants, Respondents; Edward H. Wilson, Respondent, Appellant; Edwin V. Hellawell and Grace D. McKenna, as Executors, etc., of Henrietta F. Lamerdin, Deceased, Respondents.— Motion for reargument denied, with ten dollars costs. Present — Lazansky, P. J., Carswell, Adel, Taylor and Close, JJ.

In the Matter of the Application of 1229 Castleton Ave. Realty Corp. for an Order Directing that the Arbitration Provided for in the Certain Contract in Writing Entered into between Petitioner and One Marlin Building Corp., on or About the 30th Day of November, 1938, Proceed Pursuant to the Provisions Thereof and of Article 84 of the Civil Practice Act, and Civil Practice Act, Sections 1448 et Seq. 1229 Castleton Ave. Realty Corp., Appellant; Marlin Building Corp., Respondent.— Motion for stay pending application for leave to appeal to the Court of Appeals granted. Present — Lazansky, P. J., Carswell, Adel, Taylor and Close, JJ.

Elsie Lundberg, as Administratrix, etc., of Augusta Lundberg, Deceased, Appellant, v. Robins Dry Dock & Repair Co., Inc., Respondent.— Motion for reargument denied, without costs. Motion for leave to appeal to the Court of Appeals denied. Present — Lazansky, P. J., Carswell, Adel, Taylor and Close, JJ.

Samuel Margolis, Respondent, v. Benjamin Kobre, Appellant, and Others, Defendants.— Motion for leave to appeal to the Court of Appeals denied. Present — Lazansky, P. J., Carswell, Adel, Taylor and Close, JJ.

Anna B. Meech, as Substituted Committee of Sigmund R. Barthold, an Incompetent, Appellant, v. Thomas E. Mone, Jr., as Executor, etc., of Anna A. Barthold, Deceased, and Lillian J. Davis, Respondents, and Williamsburgh Savings Bank, Defendant.— Motion for leave to appeal to the Court of Appeals denied. Present — Lazansky, P. J., Carswell, Adel, Taylor and Close, JJ.

The People of the State of New York ex rel. Max Fine, Appellant, v. Bert Truesdell, Under-Sheriff of the County of Orange, New York, Respondent. — Motion for leave to appeal to the Court of Appeals denied. Present — Lazansky, P. J., Carswell, Adel, Taylor and Close, JJ.

Mario Riccobene and Another, Respondents, v. Palmor Holding Corp., Appellant.— Motion for leave to appeal to the Appellate Division denied, with ten dollars costs. Present — Lazansky, P. J., Carswell, Adel, Taylor and Close, JJ.